**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00270-CR**
_____

**ARTAVIAS CHOVAN COLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 21-37861**

**MEMORANDUM OPINION**

On August 3, 2021, the trial court sentenced Artavias Chovan Cole, appellant, on a conviction for robbery. Cole filed a notice of appeal on September 3, 2021. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal and that he waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

1

On September 7, 2021, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. Cole filed a response, but his response failed to establish that the trial court's certification is incorrect. Because the record does not contain a certification that shows Cole has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 12, 2021
Opinion Delivered October 13, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.

2